IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL DAUGHERTY,

        Plaintiff,                No. CIV S-09-1908 EFB P

    vs.

LYDIA C. HENSE,

        Defendant.           ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court; and, therefore, the action should have been commenced there. *See* Local Rule 3-120(d).

       Accordingly, it is hereby orderd that:

       1. This action is transferred to the Fresno Division.

       2. The Clerk of Court shall assign a new case number.

////

////

1

3.  All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: July 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2